UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BRODIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEI HOSPITALITY, LLC,<br><br>Defendant. | Case No. 2:18-cv-00853-ER |

**STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, Caroline Brodie, and Defendant, HEI Hospitality, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: July 11, 2018

Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue
5th Floor
PITTSBURGH, PA 15222
412-412-322-9243
Email: bcarlson@carlsonlynch.com

/s/ Eric J. Janson
Eric J. Janson
SEYFARTH SHAW LLP
975 F Street NW
Washington, DC 20004
202-463-2400
Email: ejanson@seyfarth.com

APPROVED:

7/16/18